1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9   DANNI STEINER,

10                  Petitioner,

Case No. C06-5143 FDB

11          v.

ORDER DENYING CERTIFICATE
OF APPEALABILITY

12   DOUG WADDINGTON,

13                  Respondent.

14

15          The Court adopted the Report and Recommendation in this case, agreeing with the

16   Magistrate Judge that Steiner's habeas corpus petition be denied and dismissed with prejudice as the

17   issues raised were procedurally barred and/or without merit.  Petitioner has filed a notice of appeal.

18   In order to proceed this Court must first issue, if appropriate, a certificate of appealability.  Petitioner

19   has failed to demonstrate that the Court's decision to dismiss his petition would be debatable or

20   wrong.  See, Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

21          ACCORDINGLY, IT IS ORDERED:

22          Certificate of Appealability is denied to Petitioner.

23          DATED this 17th day of October, 2006

24          _____

25          FRANKLIN D. BURGESS
            UNITED STATES DISTRICT JUDGE

26   ORDER - 1